United States Bankruptcy Court
District of Connecticut

FILED

2020 MAR 17 A 10: 41

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

In re:

Elizabeth P. Conrad
and Beth Conrad

Debtor

) Case No.
  20-50021 jam

Address   58 Weed Hill Avenue
          Stamford, CT 06907

) Chapter 13

Last four digits of Social Security
          3622

)
)

## Objection to Proof of Claim

This Objection to Proof of Claim respectfully asks for relief from the Court to reconsider the Proof of Claim as it is presently filed without original documentation.

The timing for filing the Proof of Claim is March 19th. It is premature to ask the Court for relief from stay without having properly asserted its right to be in this court as a creditor.

"The Promissory note is either made payable to said entity or has been duly endorsed or if said entity is unable to find the promissory note and will seek to prove the promissory note using a lost note affidavit."

This amount of confusion after 12 years of litigation is alarming. And this willed be cleared up by March 19?

### Brief History

This action began with an Ex-Parte Judgment after the Movant told the Defendants they could deal directly with the bank.

The Movant has never provided original documentation. They have repeatedly called photocopies "original". Since that time the judgment has been opened for mediation only to be denied a modification despite being qualified. This has happened repeatedly over the years. The sale date gets reset time and again.

I am asking the court to deny the request for removal of stay.

Date: March 16, 2020

Signature: E/Beth P. Conrad
Name:     Elizabeth P. Conrad
Address:  58 Weed Hill Avenue
          Stamford, CT 06907