# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
March 17, 2020

In re:

    Elizabeth Penelope Conrad
    Debtor*

Case Number: 20–50021
Chapter: 13

### DEFICIENCY NOTICE REGARDING OBJECTION TO CLAIM PROCEDURE

    Elizabeth Penelope. Conrad, Debtor has filed an Objection to Claim, ECF No. 39, not in compliance with this Court's Objection to Claim Procedure, for the reason(s) indicated below:

☒ Local Form 420B Notice of Objection to Claim not used.

☒ Deficient Certificate of Service (Not in Compliance with Bankruptcy Rule 7004). ***Certificate of Service not filed***

☐ Deficient Response Deadline. (Date must be at least 30 days after the date the Objection to Claim is filed.)

    Failure to correct and submit an amended objection to claim in compliance with this Court's Objection to Claim Procedure within five (5) business days from the date of this notice will result in an order denying your objection to claim.

    **NOTE: Moving parties without an attorney have an additional three days to correct and submit an amended objection to claim in compliance with this Court's Objection to Claim Procedure.**

Dated: March 17, 2020

BY THE COURT

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579–5808
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 187 – sr

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.