UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ELIZABETH PENELOPE CONRAD *AKA BETH CONRAD,* | CASE NO. 20-50021 |
| | March 18, 2020 |
| Debtor. | |

**<u>OBJECTION TO CONFIRMATION</u>**

U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 by Wells Fargo Bank, N.A., the servicing agent ("Movant"), a secured creditor in the above bankruptcy case on property located at 58 Weed Hill Avenue, Stamford, CT 06907 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. This Chapter 13 case was filed on January 9, 2020. Debtor filed a prior case, 16-50740 on June 3, 2016, which was dismissed on June 12, 2017 for Debtor's failure to file information. Co-Debtor filed a second prior case, 17-50234 on March 3, 2017, which was dismissed on March 21, 2017 for Debtor's failure to file information.

2. Debtor's Plan does not treat Creditor's prepetition arrearage claim of $619,943.54 as set forth in its Proof of Claim filed in this case on February 12, 2020 as claim 2-1. Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

Movant further reserves its right under the confirmation order to amend its proof of claim

and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

WHEREFORE, Movant prays that confirmation of the Debtor's Plan be denied.

1. Deny Confirmation,

2. Grant such other and further relief as is just and equitable

                              U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 by Wells Fargo Bank, N.A., the servicing agent

By:    */s/Linda St. Pierre*
          Linda St. Pierre
          McCalla Raymer Leibert Pierce, LLC
          50 Weston Street
          Hartford, CT 06120
          Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

| | |
|---|---|
| In Re:  Elizabeth Penelope Conrad<br>        aka Beth Conrad | Bankruptcy Case:   20-50021<br><br>Chapter:              13 |

## CERTIFICATION

    I hereby certify that a copy of the foregoing was served via first class, postage prepaid U.S. mail and/or via ECF e-mail this eighteenth day of March, 2020 to:

Elizabeth Penelope Conrad
58 Weed Hill Avenue
Stamford, CT 06907
(Debtor-PRO SE)

Roberta Napolitano                              *(served via ECF Notification)*
10 Columbus Boulevard
6th Floor
Hartford 06106
(Trustee)

U. S. Trustee                                   *(served via ECF Notification)*
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

| | |
|---|---|
| Dated: March 18, 2020 | By:   */s/Linda  St. Pierre*<br>        Linda  St. Pierre, Esq.<br>        McCalla Raymer Leibert Pierce, LLC<br>        50 Weston Street<br>        Hartford, CT 06120<br>        (860) 808-0606<br>        Federal Bar No. _CT22287 |